UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CRIMINAL NO. 21-CR-013 (RJL) |
| | : | |
| LEON WINDER, | : | |
| | : | |
| Defendant. | : | |

## STATEMENT OF OFFENSE

On Friday, December 11, 2020, at approximately 4:30 p.m., I was walking in the 5400 block of D Street Southeast in Washington, D.C. when I saw officers of the Metropolitan Police Department (MPD) drive onto the block. Initially, I observed one vehicle with MPD officers. I turned away as the vehicle passed me so my back was to that vehicle because I had a 9 millimeter handgun in the front of my waistband, and I was trying to make sure the officers did not see the gun. As I was trying to hide the gun from the officers in the first vehicle, I saw a second vehicle with officers driving towards me. I tried to run between a couple of houses to get away from the officers, but I slipped and fell in the front yard at 5414 D Street Southeast. Officers immediately approached me and recovered the gun which became partially visible in my waistband when I fell. I was handcuffed and placed under arrest.

The firearm that was recovered was a black 9 millimeter handgun with no model or serial number. When it was recovered, it was loaded with one (1) round in the chamber and twenty-four (24) rounds in a twenty-four (24) round high-capacity magazine.

At the time I knew that I had prior felony convictions for Attempt Robbery While Armed with an Imitation Firearm (Superior Court Case Number 2014 CF3 3685), and for Carrying a Pistol Without a License (Superior Court Case Number 2012 CF2 8104), which were crimes punishable by more than one year. I also acknowledge that no ammunition is manufactured in

the District of Columbia so I know the ammunition had to travel in interstate commerce into the District of Columbia.

DECLARATION

I, Leon Winder, declare under penalty of perjury that the foregoing is true and correct.

Leon Winder

Leon Winder

Executed this 2nd day of DECEMBER, 2021.

ATTORNEY'S ACKNOWLEDGMENT

I have read this factual proffer, and have reviewed fully it with my client, Leon Winder. I concur in my client's desire to adopt this factual proffer as true and correct.

Date: 12/02/2021

Howard Katzoff, Esq.
Attorney for Defendant